UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Zeng,<br><br>　　　　　Plaintiff,<br><br>　　–v–<br><br>Bowes,<br><br>　　　　　Defendants. | 21-cv-1918 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

The parties are ordered to meet and confer on a proposed briefing schedule and submit a joint letter with their proposed schedule by March 22, 2021. In the event that the parties cannot agree on a proposed briefing schedule, the parties may include separate proposals in the joint letter.

Because Defendants have not yet appeared in this action, Plaintiff is ordered to serve this Order on Defendants by March 17, 2021.

SO ORDERED.

Dated: March 16, 2021
　　　　New York, New York

_____
ALISON J. NATHAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Zeng,<br><br>　　　　Plaintiff,<br><br>　–v–<br><br>Bowes,<br><br>　　　　Defendants. | 21-cv-1918 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

　　The parties are ordered to meet and confer on a proposed briefing schedule and submit a joint letter with their proposed schedule by March 22, 2021. In the event that the parties cannot agree on a proposed briefing schedule, the parties may include separate proposals in the joint letter.

　　Because Defendants have not yet appeared in this action, Plaintiff is ordered to serve this Order on Defendants by March 17, 2021.

　　SO ORDERED.

Dated:　March 16, 2021
　　　　New York, New York

_____
ALISON J. NATHAN
United States District Judge